HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANTON HORNUNG<br><br>　　　　Plaintiff,<br><br>　　vs.<br>ACKERLUND FISHERIES, INC. AND WAYNE ACKERLUND, IN PERSONAM; THE F/V TOR, OFFICIAL NUMBER 949787, INCLUDING HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM;<br><br>　　　　Defendants. | IN ADMRALTY<br><br>Case No.: 2:22-CV-00956-JLR<br><br>**STIPULATED MOTION AND ORDER TO STAY CASE UNTIL DISPOSITIVE MOTIONS IN ALASKA ARE DECIDED**<br><br>**NOTE ON MOTION  CALENDAR:**<br><br>**AUGUST 30, 2022** |

## **STIPULATION**

Come now the parties by and through their respective counsel of record to stipulate and move the Court as follows:

The only real issue in this case is whether or not government-paid bonuses on the 2019 salmon catch pursuant to the Seafood Relief Trade Program should be paid only to vessel owners, or to deckhands as well.  Two cases involving this identical issue are presently pending in the District of Alaska, *Angelette, LLC v. Ryan Bradley and Lyuda Gorbachuk*, No: 1:22-cv-00055-JMK and 1:22-cv-00059-JMK (consolidated).  The parties in the *Angelette* case have agreed to file cross-

motions for summary judgment on August 31, 2022. Whatever order by Judge Kindred is filed in the District of Alaska will provide persuasive authority for this Court in the case at bar. For that reason the parties request that the instant case be stayed until such time as there is a ruling from Judge Kindred on the identical issue involved in this case.

Respectfully submitted:

LAW OFFICE OF JOHN MERRIAM

By: */s/John W. Merriam*
John W. Merriam, WSBA#12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Ph: (206) 729-5252
Fax: (206) 729-1012
E-mail: john@merriam-maritimelaw.com
Attorney for Plaintiff

Le GROS BUCHANAN & PAUL

By: */s/ Dustin Hamilton*
Dustin Hamilton, WSBA #40451
4025 Delridge Way SW, Ste. 500
Seattle, WA 98106
Ph: (206) 623-4990
Fax: (206) 467-4828
Em: dhamilton@legros.com
Attorneys for Ackerlund Fisheries, Inc. and Wayne Ackerlund

# ORDER

Based upon the foregoing stipulation of the parties, this case is stayed until <u>the United States District Court for the District of Alaska rules on the cross-motions for summary judgment in *Angelette, LLC v. Ryan Bradley and Lyuda Gorbachuk*, No: 1:22-cv-00055-JMK and 1:22-cv-00059-JMK (consolidated) (D. Alaska).  The parties shall file a joint status report within fourteen days of the United States District Court for the District of Alaska ruling on the *Angelette* parties' cross-motions for summary judgment.</u>

DONE this 30th day of August, 2022.

_____
JAMES L. ROBART, U.S. DISTRICT JUDGE

Presented by:

LAW OFFICE OF JOHN MERRIAM

By:  /s/John W. Merriam
John W. Merriam, WSBA#12749
Attorney for Plaintiff


Le GROS BUCHANAN & PAUL

By: /s/ Dustin Hamilton
Dustin Hamilton, WSBA #40451
Attorneys for Ackerlund Fisheries, Inc. and Wayne Ackerlund