HONORABLE JOHN L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTON HORNUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACKERLUND FISHERIES, INC. AND WAYNE ACKERLUND, IN PERSONAM; THE F/V TOR, OFFICIAL NUMBER 949787, INCLUDING HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM;<br><br>　　　　　Defendants. | No. 2:22-cv-00956-JLR<br><br>IN ADMIRALTY<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ACKERLND FISHERIES, INC. AND WAYNE ACKERLUND** |

TO:　　　　Clerk of the Court:

AND TO:　　All Parties and Counsel of Record.

Defendants Ackerlund Fisheries, Inc. and Wayne Ackerlund ("Defendants") and Plaintiff Anton Hornung ("Plaintiff"), through their respective counsel, stipulate to the entry of an order of dismissal of Plaintiff's claims against Defendants, in their entirety, with prejudice and without costs or fees to either party, for the reason that these parties have reached final settlement of Plaintiff's claims against Defendants in this matter.

DATED this 12th day of June, 2023.

| LE GROS BUCHANAN & PAUL | LAW OFFICE OF JOHN MERRIAM |
|---|---|
| *s/Dustin C. Hamilton* <br> *s/Daniel J. Park* <br> DUSTIN C. HAMILTON, WSBA #40451 <br> DANIEL J. PARK, WSBA #43748 <br> 4025 Delridge Way SW, Ste. 500 <br> Seattle, WA 98106 <br> Tel: (206) 623-4990 <br> Fax: (206) 467-4828 <br> Email: dhamilton@legros.com <br>         dpark@legros.com <br><br> *Attorneys for Defendants Ackerlund Fisheries, Inc. and Wayne Ackerlund* | *s/John W. Merriam, per email authorization* <br> John W. Merriam, WSBA #12749 <br> LAW OFFICE OF JOHN MERRIAM <br> 4005 20TH Avenue W., Suite 110 <br> Seattle, WA 98199 <br> Tel: (206) 729-5252 <br> Fax: (206) 729-1012 <br> Email: john@merriam-maritimelaw.com <br><br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED

DATED this 12th day of June, 2023.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge